# MERCY HOSPITAL *et al* LIQUIDATION TRUST
# OVERSIGHT COMMITTEE

May 5, 2025

| | |
|---|---|
| Mr. David Goroff | Mr. Christopher J. Jessen |
| Mr. Edward Green | Mr. Michael R. Reck |
| Ms. Nora J. McGuffey | Belin McCormick, P.C |
| Foley & Lardner LLP | 666 Walnut St., Suite 2000 |
| 321 N. Clark St., Suite 3000 | Des Moines, IA 50309 |
| Chicago, IL 60654 | <u>Sent via U.S. ordinary mail</u> |
| <u>Sent via UPS</u> | |

Re: Mercy Hospital/Bankr N.D. IA/MercyOne/Mercy Healthcare Network Appeal

Gentlemen and Lady:

As you know, I serve as a Member of the Oversight Committee ("OC") of the Liquidation Trust, created pursuant to the Order confirming the Mercy Hospital *et al.*'s Plan. One of the OC's duties is to preserve and conserve Trust assets. Based on information from the Trustee and our own independent assessment of the situation, the OC is reasonably sure continued pursuit of the appeal of the Confirmation Order will cost the Trust more than the face amount of MercyOne's Proof of Claim #10277. To that end, bearing in mind the need to conserve Trust assets and ***<u>without</u>*** conceding any and all right, theory, argument, etc. (such as but not limited to the Trust's right to seek relief pursuant to F.R.B.P. 8020, or any and all claims the Trust and the OC have against Mercy Healthcare Network *et al*), the Trust and the OC hereby tender immediate payment to Mercy Healthcare Network the amount of $31,524.23, as satisfaction in full of your client's Proof of Claim. Indeed, this payment is consistent with the contention you urged at *In re Mercy Hosp et al*, #23-623, Dkt #1881, ¶58, *viz.* you on behalf of your client posited the Trust should simply pay the amount displayed on the Proof of Claim.

I am copying this tender to Marc Ross, and I ask you please immediately report to Marc at marc@hbmllc.net wire instructions so the payment can be remitted to your client.

Thank you.

                /s/ PLR
        Paula L. Roby, on behalf of the OC

cc. Marc Ross; Eric Lam

MHLT/Corr/Drafts/Childers wire info request.050525.1030.ev