IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br><br>MERCY HOSPITAL, IOWA CITY, IOWA, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-00623 (TJC)<br><br>Jointly Administered |

**NOTICE AND INITIAL REPORT ON POTENTIAL ACTIONS OR PROCEEDINGS**

Mercy Hospital, Iowa City, Iowa ("Mercy") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby respectfully submit this Notice and Initial Report on Potential Actions or Proceedings as the Court required in its Order at Docket No. 93:

1. The Debtors filed the above-captioned chapter 11 cases on August 7, 2023 (the "Petition Date").

2. The Court has ordered the Debtors within 90 days after the filing of the petition to "file a report with the court which identifies and describes potential actions or proceedings which might be filed under 11 U.S.C. 544, 545, 547, 548, and 553." Docket No. 93. The Court has ordered the report to include: "(1) each claim under the foregoing subsections which Debtor believes may be a colorable claim, (2) the entity or entities against whom the claim has been or could be brought, (3) whether the claim previously has been compromised, (4) whether an action or proceeding has been commenced on the claim, (5) the status of any proceedings which have been commenced, and (6) the plan for bringing actions or proceedings on the claim" and "[t]he report must include any claims that Debtor may have or may have had against any insider of Debtor." *Id.*

3. In addition to this filing, Debtors filed their Statement of Financial Affairs, including their list of potential claims against third parties and list of payments to creditors within 90 days, and their Original Schedules on August 21 and 22, 2023.

4. The Debtors' current approach regarding initiating action or proceeds on the claims is to seek approval and closure on the sale of substantially all of the Debtors' Assets to the Winning Bidder at Auction (see Docket Nos. 352, 420), and timely file and confirm a liquidating plan that assigns the assets and actions (which may include actions under 11 U.S.C. 544, 545, 547, 548, and 553 "Avoidance Actions") to a liquidating trust for the benefit of unsecured claimants or other constituents as may develop through investigation and due diligence.

5. To date, the Debtors have not initiated nor compromised any potential Avoidance Actions as defined herein and do not intend to do so before confirmation of a Chapter 11 Plan. However, Debtors' investigation into potential Avoidance Actions and defenses is ongoing and Debtors reserve their right to amend the lists and amounts herein and to assign or assert actions and claims for the benefit of Debtors' estates as investigation continues and as such actions may develop. The Debtors' exclusion of any claim or causes of action herein shall not act as a waiver, compromise, or release of such claim.

6. Creditors and potential defendants may have further defenses such as reasonably equivalent new value, contemporaneous exchange, ordinary course or other defenses to these actions which have not been fully reviewed or analyzed. Therefore, the presence or absence of a possible party, defense, or amount from this report is not a final statement of the Debtors' opinion of a particular applicability of a defense or presence or absence of any element of a claim.

7. Pursuant to the Court's Order, and after conducting an initial analysis, the Debtors provide their initial list of colorable claims and defendants as follows:

a. Under 11 U.S.C. section 545 for statutory liens, the Debtors attached **Exhibit 1** as the list of potentially relevant claims as of September 1, 2023, which were identified from title reports. Additionally, the Debtors are awaiting title commitments on their real estate assets, which will provide an updated lien status for each parcel Debtors own.

b. Under 11 U.S.C. section 547(b) for payments made over $25,000 by the Debtors within 90 days of the Petition Date as **Exhibit 2**. Debtors created Exhibit 2 by reviewing Debtors' books and records to locate payments made within 90 days of the Petition Date, and removing payments for which Debtors currently believe there is no colorable claim under section 547(b). For example, Debtors have removed payments they believe were made in the ordinary course of Debtors' business or made in exchange for a reasonably equivalent value.

c. Under 11 U.S.C. § 548 for payments made by the Debtors within 2 years of the Petition Date as **Exhibit 3**. Debtors created Exhibit 3 by reviewing Debtors' books and records to locate payments the Debtors made over $100,000.00 within the two years prior to the Petition Date, and removing payments for which Debtors currently believe there is no colorable fraudulent transfer claim. For example, Debtors have removed payments they believe were made in the ordinary course of Debtors' business or made in exchange for a reasonably equivalent value.

d. Additionally, under 11 U.S.C. section 548, the Debtors have identified the following payments or other transfers of property made within 2 years before filing this case that benefited any insider:

   i. Scott Alderman

      ii. Judy Andronowitz

      iii. Dawna Miller

e. Under 11 U.S.C. section 553 for setoff rights of creditors, other than listed on the Debtors' schedules and statements (as amended), the Debtors continue their investigation and analysis of creditors' setoff rights through its books and records and creditors' proofs of claims.

Dated this 3rd day of November, 2023.

Respectfully Submitted,

*/s/ Roy Leaf*
**NYEMASTER GOODE, P.C.**
Roy Leaf, AT0014486
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
Telephone:   (319) 286-7002
Facsimile:   (319) 286-7050
Email:   rleaf@nyemaster.com

- and -

*/s/ Kristina M. Stanger*
Kristina M. Stanger, AT0000255
Matthew A. McGuire, AT0011932
Dana Hempy, AT0014934
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-645-5510
Fax: 515-283-8045
Email: mmcguire@nyemaster.com
      kmstanger@nyemaster.com
      dhempy@nyemaster.com

- and-

**MCDERMOTT WILL & EMERY LLP**
Felicia Gerber Perlman (admitted *pro hac vice*)
Daniel M. Simon (admitted *pro hac vice*)
Emily C. Keil (admitted *pro hac vice*)

444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: fperlman@mwe.com
dsimon@mwe.com
ekeil@mwe.com

- and -

Jack G. Haake (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: jhaake@mwe.com

*Counsel for Debtors and Debtors-in-Possession*

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this November 3, 2023, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case

/s/ *Kristina M. Stanger*

Appellate Case: 25-1654     Page: 6     Date Filed: 06/03/2025 Entry ID: 5523324

| Reference Name | Facility Description | Titleholder | Parcel No. | Local Address | LEGAL DESCRIPTION | Liens as of Commitment Certification Date (excluding pending matters and bankruptcy proceedings) |
|---|---|---|---|---|---|---|
| Johnson 1 | Mercy Infusion Center, Mercy Wound and Vein Center, Neurodiagnostic Sleep Center | Mercy Hospital, Iowa City, Iowa | Parcel 10-10-165-001 | 500 E. Market St., Iowa City, IA 52245 | All of Lots 1, 2, 7, 8, the east half of Lot 3, and the east 160 feet of the vacated alley, all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and that part of vacated Van Buren Street from the North line of Market Street to the South line of Bloomington Street in Iowa City, Iowa. and All of Block 38, Iowa City, Iowa, according to the recorded plat thereof, including the vacated alley in said Block 38. | **MECHANIC'S LIENS**: <br> - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 <br> - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |
| Johnson 2 | | Mercy Hospital, Iowa City, Iowa | Parcel 10-10-165-006 | 230 N. Gilbert St., Iowa City, IA 52245 | The following described portion of Lot 4: Commencing at the Southwest corner of Lot 4, thence East along the South line 70 feet, thence North at right angles 40 feet, thence West at right angles 70 feet to the West line of said Lot 4, thence South along the West line 40 feet to the place of beginning; all in Block 47, Iowa City, Iowa, according to the recorded plat thereof; and Commencing at the Northeast corner of Lot 4, in Block 47, in Iowa City, Iowa, according to the recorded plat thereof, thence running South to the Southeast corner of said Lot 4; thence West 10 feet along the South line of said Lot 4 to a point 70 feet from the Southwest corner of said Lot 4, thence North at right angles 40 feet, West at right angles 70 feet to the West line of said Lot 4, thence North 110 feet along the West line of said Lot 4 to the North line of said Lot 4, thence East 80 feet along the North line of said Lot 4 to the place of beginning. and The West half of Lot 3, Block 47, in Iowa City, Iowa, according to the recorded plat thereof. | **MECHANIC'S LIENS**: <br> - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 <br> - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |
| Johnson 15 | Nonexclusive appurtenant easements created in Skywalk Easement | Fee Simple: The City of Iowa City, Iowa Subject to easemetn in Mercy Hospital, Iowa City, Iowa | Skywalk Easement over Public ROW | Skywalk Eaement over public ROW, Market St, Iowa City, IA | The 100 foot wide right-of-way of that portion of Market Street lying between the easterly right-of-way line of Van Buren Street and the westerly right-of-way line of Johnson Street, in Iowa City, Iowa, according to the recorded plat thereof. TITLE COMMITMENT LEGAL : Non-exclusive appurtenant easements for skyway purposes for the benefit of the Land described as PARCEL 1 herein, as created in the Skyway Easement evidenced of record by Resolution No. 90-5 recorded in Book 1104, Page 483 in the records of the County Recorder, Johnson County, Iowa. | **MECHANIC'S LIENS** (posted after date of commitment): <br> - Mechanic's Lien 041545-0 in favor of AAA Mechanical Contractors, Inc. posted 8.28.2023 <br> - Mechanic's Lien 041966-0 in favor of Gerard Electric, Inc. posted 09.19.2023 |

| Recipient | Amount Paid * |
|---|---|
| J & K Professional Medical Services | $ 90,000.00 |
| Perigen | $ 28,347.75 |
| Steindler Orthopedic Clinic | $ 66,666.66 |

*Paid total only includes payments made over $25,000 in the 90 days prior to filing*

Appellate Case: 25-1654    Page: 8    Date Filed: 06/03/2025 Entry ID: 5523324

| Recipient | Amount Paid * |
|---|---:|
| Allscripts Healthcare LLC | 5,009,060.11 |
| Computershare Trust Company | 2,076,328.93 |
| J & K Professional Medical Services | 649,896.31 |
| MercyOne | 4,020,062.06 |
| Perigen | 138,952.00 |
| The Chartis Group LLC | 3,446,500.00 |
| Vaya Workforce Solutions LLC | 2,764,106.26 |

*Paid total only includes payments made over $100K in the 2 years prior to the filing*